AVON PUBLISHING Co., INC., Respondent, v. DUENEWALD PRINTING CORPORATION, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

PATRICIA A. CASWELL, Respondent, v. WALTER H. CASWELL, JR., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID S. GOLDHIRSCH, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [18–22 E. 18th St., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements to the relator-respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

JAKOV BRAJICA et al., Appellants, v. AMERICAN EXPORT LINES, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SHORT, Appellant.— Judgment unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

MINNA N. SOPHIAN, Respondent, v. LAWRENCE H. SOPHIAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [Judgment annulled marriage and awarded alimony.]

MAX SCHWARTZ LINGERIE, INC., Respondent, v. MAYFLOWER AGENCY Co., INC., Appellant.— Order unanimously modified so as to provide that the plaintiff notices the action for trial and proceeds to trial expeditiously and, as so modified, affirmed, without costs. No opinion. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK MAGUIRE, Appellant, et al., Defendants.— Judgment unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.